UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANCELOT AMOO, | No. 2:17-CV-0243-SMJ |
| Plaintiff, | |
| v. | ORDER DISMISSING COMPLAINT |
| NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERS AND SURVEYORS, | |
| Defendants. | |

Plaintiff Lancelot Amoo filed his complaint in this case on June 26, 2017. ECF No. 2. Magistrate Judge Rodgers allowed Plaintiff to proceed *in forma pauperis* since he lacked sufficient funds to prosecute this case. ECF No. 3. However, Magistrate Judge Rodgers also notified Plaintiff that his Complaint would be reviewed for legal sufficiency. *Id.* Indeed, courts are obligated to dismiss cases proceeding *in forma pauperis* if and when they determine that such a case is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i)–(iii); *see also Lavelle v. Lavelle*, No. CV-07-039-RHW, 2007

ORDER DISMISSING CASE- 1

WL 4418170 at *1 (E.D. Wash. Dec. 14, 2007) (citing *Lopez v. Smith*, 203 F.3d 1122, 1126–27 n.7 (9th Cir. 2000)).

Plaintiff filed an amended complaint on July 10, 2017. ECF No. 5. Plaintiff alleges that the defendants, National Counsel of Examiners for Engineering and Surveying (NCEES), have deprived him of his Engineer-in-Training Certificate on six occasions by "rigging" his exams. ECF No. 5 at 4. He also alleges that Defendants hacked into his computer, causing him loss of income and psychological pain and suffering. *Id.* at 5. Plaintiff also seeks punitive damages in the amount of $539,000. *Id.* Plaintiff does not state the legal basis for his claim in his complaint. Although Plaintiff does not state the legal basis for these claims in her amended complaint, in her initial complaint she alleged that some of these actions violated the Civil Rights Act. ECF No. 2 at 5.

Plaintiff's complaint fails to state a claim and is legally frivolous. Under Federal Rule of Civil Procedure 8(a)(2), a pleading must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." To meet this standard a complaint must allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A claim frivolous when it lacks an arguable basis either in law or in fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Plaintiff here fails to state a plausible legal or factual basis for a claim. Accordingly, Plaintiff's complaint is dismissed.

ORDER DISMISSING
CASE- 2

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff Lancelot Amoo's claims are **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to pro se plaintiff.

**DATED** this 8th day of November 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE- 3