FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANCELOT AMOO,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERS AND SURVEYORS,<br><br>  Defendants. | No. 2:17-CV-0243-SMJ<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

Before the Court, without oral argument, is Plaintiff Lancelot Amoo's construed Motion for Reconsideration, ECF No. 8. Plaintiff sent an untitled letter to the Court dated January 22, 2018. The Court has reviewed the document and case file and construes this letter as a motion for reconsideration of its November 8, 2017 Order Dismissing Complaint without Prejudice. ECF No. 7.

Plaintiff's motion reiterates three reasons why he believes he has a viable case: (1) Plaintiff alleges he has lost income "due to NCEES deliberately failing me, by 'rigging' my exams and tampering with my results"; (2) Plaintiff alleges he has "suffered greatly psychologically" as a result of Defendant's alleged actions; and (3) Plaintiff believes he is entitled to punitive damages.

ORDER - 1

Plaintiff presents no new facts or information for the Court to consider in evaluating his requests. Plaintiff's motion essentially summarizes the allegations made in his complaint and requests that the Court "reopen the case for court proceedings." Seeing no reason to disturb previous decisions, the Court **DENIES** Plaintiff's motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Construed Motion for Reconsideration, **ECF No. 8**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel and pro se party.

**DATED** this 1st day of February 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge